**DISMISS; Opinion Filed December 10, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01427-CV

**DALLAS CENTRAL APPRAISAL DISTRICT, Appellant**
**V.**
**HDSA HILLCREST LLC, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-00490-L**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Fillmore
Opinion by Justice Lang

The Court has before it the parties' joint motion to dismiss the appeal. In the motion, the parties state they have reached a settlement agreement fully and finally resolving all of the matters in dispute between them. They ask that we render judgment effectuating the parties' settlement agreement and taxing costs against the party incurring same, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A). We grant the motion.

We render judgment effectuating the parties' settlement agreement and dismiss the appeal. We order that each party shall bear its own costs of court.

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

121427F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DALLAS CENTRAL APPRAISAL
DISTRICT, Appellant

No. 05-12-01427-CV          V.

HDSA HILLCREST LLC, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 12-00490-L.
Opinion delivered by Justice Lang.   Justices
FitzGerald and Fillmore participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is **DISMISSED**.

IT IS **ORDERED, ADJUDGED and DECREED**, pursuant to the agreement of the parties, that the property that is the subject of Dallas Central Appraisal District Account 28084510010010000 be exempt from property tax under Texas Tax Code Section 11.182 from and after December 7, 2010.

IT IS **FURTHER ORDERED, ADJUDGED and DECREED**, pursuant to the agreement of the parties, that Dallas Central Appraisal District change the appraisal rolls and other appropriate records for which it is responsible as necessary to reflect the exemptions granted herein.

IT IS **FURTHER ORDERED, ADJUDGED and DECREED**, pursuant to the agreement of the parties, that  Dallas Central Appraisal District shall advise the assessor of each taxing unit affected by the changes on the appraisal rolls to (1) change the tax rolls and other appropriate records for which the taxing unit is responsible as necessary to reflect the exemptions granted herein; (2) prepare and mail corrected or supplemental tax bills in the  manner prescribed by Chapter 31 and Section 42.42 of the Texas Tax Code; and (3) refund, in the manner prescribed by Section 42.43 of the Texas Tax Code, any taxes paid which exceed the amount of taxes for which the property owner is liable as a result of the exemptions granted herein.

IT IS **FURTHER ORDERED, ADJUDGED and DECREED**, pursuant to the agreement of the parties and Texas Rule of Appellate Procedure 42.l(d), that costs are taxed against the party incurring same. This Judgment disposes of all parties and all claims.

IT IS **FURTHER ORDERED, ADJUDGED and DECREED** that the decision be certified to the court below for observance.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 10th day of December, 2013.


/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE